EBLING MALT PRODUCTS COMPANY, INC., v. PATRICK J. BREARTON.— Motion granted to the extent of postponing argument of appeal from judgment to November 26, 1929, and providing that record on appeal from order and appellant's points be served and filed with notice of argument for said date; that printing of the case on appeal from judgment as a part of the record on appeal from order be dispensed with, the record on appeal from the judgment to be submitted to the court and referred to upon the appeal from the order, and that the two appeals be heard together. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AARON HECHTMAN.— Motion granted so far as to extend appellant's time within which to file record on appeal and appellant's points to and including November 15, 1929, with notice of argument for December 10, 1929. No further extension will be given. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LESSER.— Motion granted and appellant's time within which to serve and file the record and appellant's points on appeal from judgment and order extended to November 9, 1929, with notice of argument for December 3, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORTIMER ELLIOTT.— Motion granted so far as to extend appellant's time within which to file record on appeal and appellant's points to November 15, 1929, with notice of argument for December 10, 1929. No further extension will be given. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE JUSTER v. DUCO REALTY CORPORATION and Others. ABRAHAM DUCORSKY and Others v. MYER HURWITZ and Others.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

OLIVER S. FOSTER, Plaintiff, v. WHITE-BURBANK PAPER CO., INC., Respondent. (E. PENNINGTON PEARSON, Trustee of the Estate of JAMES C. AYER, Deceased, Appellant.) — Order affirmed, with ten dollars costs and disbursements, with leave to the appellant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.